```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PHILLIP JAFFE,                          :
                         Plaintiff,     :
                                        :
          -v-                           :    09 Civ. 8264 (DLC)
                                        :
CHOICE HEALTH LEASING and CITIBANK,     :        ORDER
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

By Order of November 6, 2009, plaintiff's opposition to defendants' motions to dismiss was due by December 4, 2009, and defendants' reply papers were due by December 11. On December 7, defendant Choice Health wrote a letter requesting that its time to file its reply papers be extended until December 24, 2009. Accordingly, it is hereby

ORDERED that defendant Choice Health shall file its reply papers by **December 23, 2009**.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         December 8, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES MAILED TO:

Phillip Jaffe, Attorney at Law
370 East 76th Street
Suite C-1002
New York, NY 10021

Frank Peretore
Peretore & Peretore, P.C.
110 Park Street
Staten Island, NY 10306

Joseph Eric Strauss
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038